[No. 31267-1-II.   Division Two.   November 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STUART JEFFREY HARRIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-05140-5, Sergio Armijo, J., entered December 31, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 22402-3-III.   Division Three.   November 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY TROY HOWLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-03131-6, Linda G. Tompkins, J., entered September 11, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Brown, J.

[No. 22455-4-II.   Division Two.   November 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY LEE BEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00854-5, John M. Antosz, J., entered September 2, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 51823-2-I.   Division One.   November 29, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. AMANDEEP SINGH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-00642-9, Steven J. Mura, J., entered January 9, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Ellington, A.C.J., and Baker, J.